UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DUMAURIEA L. MCGEE (#718008)**  CIVIL ACTION

**VERSUS**

**TRENT BARTON, ET AL.**  NO. 22-00068-BAJ-RLB

## RULING AND ORDER

This *pro se* prisoner action pursues claims of excessive force and deliberate indifference to medical needs. (Doc. 1, Doc. 13, Doc. 43). Now before the Court is Defendants' opposed **Motion To Dismiss (Doc. 32)**, which raises multiple defenses to Plaintiff's claims. The Magistrate Judge has issued a **Report and Recommendation (Doc. 44, "R&R")**, recommending that Defendants' Motion be granted in part, and that all claims *except* Plaintiff's claims of excessive force against Defendant Marcus Jones be dismissed. Plaintiff objects to the R&R, (Doc. 44); Defendants do not object.

Upon *de novo* review, and having carefully considered the operative Complaint, Defendants' Motion to Dismiss, and related filings, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendants' **Motion To Dismiss (Doc. 32)** be and is hereby **GRANTED IN PART**.

**IT IS FURTHER ORDERED** and that Plaintiff's following claims be and are hereby **DISMISSED WITH PREJUDICE**:

1. for monetary damages asserted against Defendants in their official capacities;

2. for deliberate indifference to Plaintiff's serious medical needs;

3. pertaining to the handling of Plaintiff's grievances and informal complaints;

4. pertaining to verbal abuse and/or harassment; and

5. against the Louisiana Department of Public Safety and Corrections.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Trent Barton, Darrel Vannoy, Jeremy McKey, Medical Director at LSP, and all Jane and/or John Doe defendants be and are hereby **DISMISSED WITHOUT PREJUDICE**, for failure to effect timely service, as required by Federal Rule of Civil Procedure 4(m).

**IT IS FURTHER ORDERED** that, having dismissed substantially all of Plaintiff's federal claims, the Court declines to exercise supplemental jurisdiction over any potential state law claims.

**IT IS FURTHER ORDERED** that in all other respects, Defendants' Motion To Dismiss be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that this matter be and is referred back to the

Magistrate Judge for further proceedings consistent with this Order.

Baton Rouge, Louisiana, this 31ST day of May, 2023

*[signature]*

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA