UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DUMAURIEA L. MCGEE (#718008) | : | CIVIL ACTION |
| | : | NO. 22-68-BAJ-RLB |
| VERSUS | | |
| | : | JUDGE BRIAN A. JACKSON |
| TRENT BARTON, ET AL | | |
| | : | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF COMPLIANCE WITH COURT ORDER REC. DOC. 21

**NOW INTO COURT,** comes Defendant, Marcus Jones, who in response to the Court's Order (Rec. Doc. 20), offers the following:

1.

On August 25, 2022, this Honorable Court ordered that Defendant shall, within twenty (20) days of Defendant's first appearance, the Defendant or Defendant's Counsel shall provide to the plaintiff all medical records, administrative remedy proceedings, unusual occurrence reports, and all other documents pertinent to the issues in this case.

2.

Defendant filed a Motion to Stay Discovery on December 7, 2022,[1] which was granted on January 9, 2023.[2]

3.

In compliance with the Court's Order, Defendant has attached to this notice the following documents:

(1) Certified true and correct copy of Administrative Remedy Procedure No. LSP 2020-

---

[1] R. Doc. 33.
[2] R. Doc. 35.

1

1243;

(2) Certified true and correct copy of Administrative Remedy Procedure No. LSP 2020-2758;

(3) Certified true and correct copy of Administrative Remedy Procedure No. LSP 2021-2980;

(4) Certified true and correct Unusual Occurrence Report dated 3/25/2020;

(5) Certified true and correct copy of CBD Daily Shower Roster B & D Team dated 3/25/2020;

(6) Certified true and correct copy of CBD Main Prison Cellblocks B & D Team Post Roster dated 3/25/2020;

(7) Certified true and correct copy of Medical 3 Log dated 3/25/2020;

(8) Certified true and correct copy of Medical 3 Log dated 4/16/2020;

(9) Certified true and correct copy of Medical 3 Log dated 5/19/2020; and

(10) Certified true and correct copy of Medical 3 Log dated 7/30/2021.

**WHEREAS**, Defendant, Marcus Jones, hereby prays that the foregoing *Notice of Compliance with Court Order* be deemed good and sufficient, with the Defendant's express acknowledgment of his continuing duty to further supplement this notice as may be necessary throughout the course of this litigation or as ordered by the Court.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:    */s/ Brittany N. Calecas*
Brittany N. Calecas (No. 40302)

2

Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, Fourth Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone: 225-326-6300
Facsimile: 225-326-6495
E-mail: CalecasB@ag.louisiana.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this, the 20th day of June 2023, the above-entitled pleading was filed electronically with the Clerk of Court by using CM/ECF system and a copy of the foregoing was provided to Pro Se Inmate Plaintiff via U.S. First Class Mail, to the below name and address:

**Dumauriea L. McGee**
**Inmate No: 718008**
**Louisiana State Penitentiary**
**Angola, LA 70712**

*/s/Brittany N. Calecas*
Brittany N. Calecas
Assistant Attorney General