### Department of Public Safety & Corrections
#### State of Louisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of ARP LSP 2021-2020-1243

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 11/23/2022

Dumauriea McGee 718008 Case

# ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: LSP-2020-1243
EVACUEE:

DOC #: 718008          BACKLOG:
LAST NAME: MCGEE          FIRST NAME: DUMAURIEA
RECORD TYPE: A     SUBJECT CODE: 0299 - OTHER
INCIDENT DATE: UNKNOWN   SUBJECT TYPE :
LSP Only
LSP RESPONDENT:  MP West Warden

LSP HOUSING: MP WEST/CB

|  | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|---|
| STEP 1: | 05/14/2020 | 05/29/2020 | 10/30/2020 | 02-Denied |
| STEP 2: |  |  |  |  |

COMPLAINT:  NO APPEAL : OFFENDER COMLAINS WARDEN TRENT, MAJ. PETER LOLLIS, MAJ. GABRIEL HEBERT, AND LT. GOODEN FAILED TO RETRIEVE HIS PROERTY SO THA HE COULD HAVE ACCESS TO HIS LEGAL WORK.
IF REJECTED REASON:

//AG/D. McGee v. Trent Barton, et al USDC MD 22-68

05/14/2020

05/14/2020

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2020 -1243

TO:  <u>DUMAURIEA MCGEE 718008</u>              <u>CBB U/R</u>
     Offender's Name and Number            Living Quarters


                    <u>UNKNOWN</u>
                    Date of Incident


X                   ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
                    issued within 40 days of this date.

                    REJECTED:  Your request has been  rejected for the following reason(s):



_____<u>05/29/2020</u>_____                        _____Nyesha Davis_____
          Date                                  Warden's Signature or Designee

RECEIVED

MAY 1 4 2020

LEGAL PROGRAMS DEPARTMENT

*Administrative Remedy Procedure*
0299 | MP West Warden    2080-1243

To whomever it may concern
(besides myself),

DuMauriea M^cGee #718008,

I am filing this grievence on behalf of my personal property. My personal property comprises of a multitude of items, from clothing articles to electronics, to sentimental miscellaneous items, but most importantly my legal work. Roughly one thousand dollars at minimum is procured in my two **locker** boxes which contains everything I've accumulated during my seven year estivation of incarceration.

My legal work I've contrieved in time contains transcripts completed that amass to over one thousand pages, signed affadavits, an overwhelming amount of case law, and essentially a blueprint instruction manual to different avenues that lead to my freedom. I am currently serving a life sentence. As of right now my "time" is "ticking", courts are awaiting for my response, if any, via post conviction application. In my experience "time" may possibly be the most valuable thing any living organism has. So valuable its invaluable, you cannot put a price on someones life. No telling what they will or might accomplish. Right now pertaining to my unique set of circumstances, "time is of the essence." I am currently being deprived of my most efficient way back into society. On ~~3/22/20~~ ~~at approximately~~

Pg 1

Now there are a plethra of reasons I could file mulitple A.R.P.'s against L.S.P. and/or their working officers... But I just want to go home. In order for me to fufill that wish, I need my property. At this current state I don't even know if my property is intact. I don't/haven't recieved any reciept/paperwork on the safe procurement of my locker boxes. And if the case is infact that my boxes are "misplaced" or essentially "lost" that will have to be handled accordingly with punitive damage and so forth. Please, I humbly ask for serene resulution with the knowledge of my property whether good or bad. But as I stated before I just want my legal work so I can continue my sanctification back home.

Respectfully submitted,
Duhawia McKee    #718008

Date:    5/11/20

pg 3

CASE NUMBER: LSP-2020-1243

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)


TO: MCGEE, DUMAURIEA 718008          CBB U/R
                                      Living Quarters



Response to request dated , received in this office on 05/14/2020

In your request for remedy, you alleged that your personal property consisted of clothing items, electronics, sentimental items but most of all your legal work. You stated that on March 22, 20 at 1:00am you were written up for a rule infraction #3 and #5, you were placed in Administrative Segregation extended lockdown for fifty days. You stated that during this time you repeatedly asked for your legal work but you never received it. You stated that you have several reason you can file an ARP on different Officers but you just want to be released to go home. You claim that in order for you to go home you must have your two locker boxes with all of its content in store. In your request for remedy you are asking that someone please tell you where your two locker boxes are because you just want your legal work.

In response to your ARP, Lieutenant Charles Gooden stated that your property was not placed in the Main Prison Cellblock Storage Room and he had notified the West Yard Supervisor of the need for your property. Major Gabriel Hebert stated you never informed him verbally nor in writing that you needed your legal documents. Major Hebert also stated that he makes several rounds a day and you never stopped him once and asked about your property. Assistant Warden Trent Barton, stated that at no time did he recall you ever making a request to him about getting your property. Assistant Warden Barton also stated that if you would have made a request to him about your property, he would have checked into finding out if your property was indeed lost. Major Peter Lollis stated that your property was not stored in the West Yard Property Room by A-Team. After further investigation it was discovered that your property was stored by B-Team on March 21, 2020 by Lieutenant E. Brown. It was further discovered that your property was removed from the West Yard Property Room by Captain Hueing and transferred to Camp-C on June 17, 2020

Therefore, your request for Administrative Remedy is denied at this level.

Prepared by: _____ , AW2

Nicholas Sanders, AWII MPW/All Chapels/Kitchen/Trips
Approved by: AW3 _____

Jeremy McKey, AWIII MP Compound



____10/30/2020____                    _____
          Date                              Unit Head


Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:
_____
_____
_____

| Date | Offender's Signature    DOC# |

Administrative Remedy Procedure
0299 | MPWest Warden    2080-1243

RECEIVED
MAY 14 2020
LEGAL PROGRAMS DEPARTMENT

To whomever it may concern
(besides myself),

DuMauriea McGee #718008,

I am filing this grievence on behalf of my personal property. My personal property comprises of a multitude of items, from Klothing articles to electronics, to sentimental miscellaneous items, but most importantly my legal work. Roughly one thousand dollars at minimum is procured in my two locker boxes which contains everything I've accumulated during my seven year estivation of incarceration.

My legal work are contrieved in time contains transcripts completed that amass to over one thousand pages, signed affadavits, an overwhelming amount of case law, and essentially a blueprint instruction manual to different avenues that lead to my freedom. I am currently serving a life sentence. As of right now my "time" is "ticking", courts are awaiting for my response, if any, via post conviction application. In my experience "time" may possibly be the most valuable thing any living organism has. So valuable its invaluable, you cannot put a price on someones life. No telling what they will or might accomplish. Right now pertaining to my unique set of circumstances "time is of the essence." I am currently being deprived of my most efficient way back into society. The ~~grievo~~ at ~~approximately~~

Pg 1

1:00 am. approximately on 8/22/20.
I, DuMauriea McGee, was in a precarious
situation to say in the least. Essentially
I was apprehended and cited for a
rule # three + # five, "defiance + aggravated
disobedience" respectively. This occured on,
about, around Oak 4 unit and the walk.
So with all that being said I've been
in the "Dungeon" extended lockdown (24 hour)
for an excess of 50 days. The Validity
of the write up is irrelevant and
a whole nother can of worms. What is
significant is during my second week
of this particular stint, for essentially
the entire month of April, everytime
shift changed throughout the days
(Mon, Tues. w/ Fri, Sat, Sun + Wed, Thur seperately) and
even the different night shifts... I
respectfully, + persistently requested for
my property boxes in order to
retrieve my legal work.
        Even after my consistent formal inqueries,
I was thwarted, neglected, + denied repeatedly.
My A.R.P./grievance is filed towards
all of the following officers of rank that
could have easily/simply called for my
property boxes in order for me to retrieve
my legal work and continue my arduous
journey towards freedom: Warden Trent,
Major Peter Lollis, Major Gabriel Hebert,
Lt. Charles Gooden.

Pg 2

Now there are a plethra of reasons I could file multiple A.R.P's against L.S.P. and/or their working officers... But I just want to go home. In order for one to fufill that wish, I need my property. At this current state I dont even know if my property is intact. I dont/haven't recieved any reciept/paperwork on the safe procurement of my locker boxes. And if the case is infact that my boxes are "misplaced" or essentially "lost" that will have to be handled accordingly with punitive damage and so forth. Please, I humbly ask for serene resulution with the knowledge of my property whether good or bad. But as I stated before I just want my legal work so I can continue my sanctification back home.

Respecfully submitted,
Duharies M°Zie    #718008

Date:    5/11/20

pg3

**LOUISIANA STATE PENITENTIARY**
**ANGOLA, LOUISIANA**

**ARP / PC STATEMENT**

| Offender Name: | Dumauria McGee #718008 | ARP # | 2020-1243 |
|---|---|---|---|
| Officer Name: | **Trent Barton, AWII** | | |

| STATEMENT: |
|---|
| In response to ARP 2020-1243, I offer the following. At no time do I recall that Offender McGee made a request to me about any of his property. If offender McGee Would have made a request to me about his property I would have looked into it. |
| |
| This is for your information. |

Employee Signature
Trent Barton, AWII

Date: September 21, 2020

Louisiana State Penitentiary
Angola, Louisiana

# ARP STATEMENT

ARP NUMBER: *LSP- 2020-1243*                    Date: **8/3/2020**

Offender's Name and Number:  **Dumariea McGee, #718008**

=====================================================================

In regards to the above aforementioned Request for Administrative Remedy, I, Major Gabriel Hebert, have the following to offer:

Offender McGee never informed me, verbally or in writing, that he needed his legal documents. I make several rounds a day and offender McGee never once stopped me. I have nothing further to add to this statement.

This is for your information and further handling.

Gabriel Hebert, Major
MPCB, Supervisor

cc:      file

*Louisiana State Penitentiary*
*Angola, Louisiana*

## ARP STATEMENT

*ARP NUMBER LSP- 2020-1243*          *DATE: 10/19/2020*

*Offender's Name and Number:  Demauriea McGee, #718008*

*In regards to the above aforementioned Request for Administrative Remedy, I, Lieutenant Charles Gooden have the following statement:*

*Offender McGee was placed in Investigative Segregation from the West Yard therefore, offender McGee's property was not placed in the MPCB Storage Room. I notified the West Yard's Supervisor of the need for offender McGee's property.*

*This is for your information and further handling.*

*Charles Gooden, Lieutenant*
*Main Prison Cell Blocks/ A-Team*
*xc:      file*

**Louisiana State Penitentiary**
**Angola, Louisiana**

# ARP STATEMENT

**Offender Name:** **Dumauriea McGee** **ARP #:** **LSP-2020-1243**

---

Offender Dumauriea McGee #718008 property was not stored on the West Yard Property Room by A-Team Security. After further investigation, I discovered that Offender McGee's property was stored by B-Team Security on March 21, 2010 by Lt. E. Brown.

It was further discovered that Offender McGee's property was removed from the West Yard Property Storage Room by Capt. Hueing, and transferred to Camp C on June 17, 2020. **Please see attached zerox copy of WY Property Storage Log Book.**

I cannot provide anything further on this matter.

Peter Lollis, Major
MPWY, A-Team Supervisor

| Date | Name | | | | | | |
|---|---|---|---|---|---|---|---|
| 1-2020 | Eradius Gross 31826 | 2 | 193339 / 193385 | BF | D | E Brown | |
| -2020 | Sean Young 128131 | 2 | 193334 / 193333 | 17u | D | E Brown | |
| -2020 | Dumaurica McGee 718808 | 2 | 193337 / 193338 | 4 | D | E Brown | |
| 2-2020 | Kevin Sheppard 590247 | 2 | 192314 / 192318 | 5 | D | E Brown | |
| -2020 | Leo Dorsey 597530 | 1 | 193469 | 15u | W.R | Till | |
| 3-2020 | Kenneth Hunter 585822 | 1 | 193470 | 17L | Jack | Dewey 3/6 | |
| 3-2020 | Lester George 47955 | 2 | 191273, 193450 | 8 | Jack | | |
| 3-2020 | Ivory Franklin 73658 | 2 | 193444 / 193463 | 7 | WN | 3/27/20 | |
| 3-2020 | Robert Farris 704003 | 2 | 193441 / 192315 | BF | WD | 4/6/20 | |
| 3-2020 | Demar aren Mims 48 4396 | 2 | 193452 / 193464 | BF | WR | 3.26.20 | |
| 3-2020 | Howard Connor 25147 | 1 | 193483 | 2u | WN | 3-27-20 | |
| 3-2020 | David Page 53079 | 1 | 193472 | 13u | Jack | Dewey 3/25/20 | |
| 3-2020 | Lavar Riley 41951 | 2 | 193448, 193446 | A | WN | 4/16/20 Cell Block | |
| 3-2020 | Jashua Hitt 473210 | 2 | 196204, 196205 | FF | A | RA | 4/21/20 Fall |
| 3-2020 | Joseph Britton 133022 | 2 | 193465, 193480 | BF | C | RA | 4/12/20 Cell Block |
| 3-2020 | William Fallon 3856645 | 2 | 196210, 196211 | BF | C | RA | 3-27-2020 |
| 3/20/20 | Andrae Aaron 192322 (Ar Lil Roso 192321) | 2 | 196209, 193461 | BF | A | Brophy | 4-31-20 Cell R. Adams Block |
| 2020 | Dylan May 1410 | 2 | 196169, 19245 | 17L | A | Brophy | 3-06-20 |
| 4/30 | Shawn Smith 324029 | 2 | 191259, 191261 | 18L | C | RA | WR 4-2-2020 |
| 25/20 | Geoffery Eason 492421 | 1 | 191264 | 18L | B | Dewey | T. Jones 3-22-20 |
| 5/20 | Dennis Thomas 533231 | 2 | 193730, 193760 | HL | B | Dewey | |
| 20 | Irvin Jones 158404 | 2 | 192662, 192653 | BF | B | Davis | |
| 5-20 | Kedrick Devore | 1 | 190008 | 13u | D | E Brown | |
| 6/20 | Ronald mine 110 827 | 1 | 1-40 192082 | 17L | B | D Dewey | |
| 6/20 | Andrew Galatas 231292 | 2 | 19237, 192327 | 12u | B | D. Dewey | Dewey |
| 6/20 | Tyrone Bowman | 2 | 192303, 192324 | 14u | B | C. Hilburn | Dewey |
| 6/20 | Antonio Smith | 2 | 192325, 192364 | BF | B | C. Hilburn | |
| 6/20 | Gerald Williams | 2 | 192366, 192384 | BF | B | C. Hilburn | |
| 6-20 | Damarco Lewis 466781 | 2 | 192385 | BF | D | E Brown | |
| 6-20 | Francis Brown 540790 | 2 | 193340 / 193359 | 17L | D | E Brown | |
| 7-20 | Derrick Robbin 29769 | 2 | 193343 / 193344 | 12u | D | E Brown | 00006 |

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

**RECEIVED**

NOV 05 2020

LEGAL PROGRAMS DEPARTMENT

ARP NUMBER:   LSP - 2020 - 1243

RE:   DUMAURIEA MCGEE      718008

LOCATION: C Jag 31L

I HEREBY ACKNOWLEDGE RECEIPT OF 1ST STEP RESPONSE FORM REGARDING REQUEST FOR REMEDY NUMBER LSP-2020-1243.

RECEIVED BY: _Dumauriea M'Gee #718008_

(INMATE'S NAME & NUMBER)

DATE RECEIVED: 11/4/20

DELIVERED BY: _Sgt J Dangerfield_

===================================================================

1.    Have the inmate sign this receipt.

2.    Delivery Officer signs the receipt and dates it.

3.    Give the Inmate the Manila Envelope and contents.

4.    Return the receipt to LEGAL PROGRAMS DEPARTMENT.