

**Department of Public Safety & Corrections**

State of Louisiana

Louisiana State Penitentiary

JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of ARP LSP 2021-2980

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 11/23/2022

Dumauriea McGee 718008 Case

# ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: LSP-2021-2980

EVACUEE:

DOC #: 718008        BACKLOG:

LAST NAME: MCGEE        FIRST NAME: DUMAURIEA

RECORD TYPE: A        SUBJECT CODE: 0103 - QUALITY OF MEDICAL TREATMENT

INCIDENT DATE: ONGOING    SUBJECT TYPE :

LSP Only

LSP RESPONDENT:

LSP HOUSING: CAMP C

|         | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---------|---------------|---------------|------------------|------------------|
| STEP 1: | 12/01/2021    | 12/06/2021    | 12/06/2021       | 05-Rejected      |
| STEP 2: |               |               |                  |                  |

COMPLAINT:  REJECTED:  OFFENDER COMPLAINS THAT SEVERAL OFFICERS INCLUDING MAJOR JONES APPORACHED HIS CELL. HAD A SMALL ALTERCATION HAD FORMULATED TO HIS FOREHEAD, SUBSEQUENTLY HE WAS TO BE IN ROUTE TO THE HOSPITAL FOR MEDICAL TREATMENT.  HE WAS AWAKEN IN THE MIDDLE OF THE WALK BY THE A-BUILDING, HE BEING TRANSPORTED TO THE HOSPITAL BY MAJOR JONES.  HE WAS THROWN INTO A BED AND AWAITED THE NURSE/ DOCTOR  WITH MAJOR JONES.  WARDEN TENT ENTERS THE ROOM AND WAITS AS WELL.  HE MADE MULTIPLE MEDICAL EMERGENCIES AND HAVE SPOKEN TO SEVERAL EMTS ON SEPERATE OCCASONS. HE HAVE YET TO BE ATTENDED TO THE PAIN IN HIS SHOULDER AND ARM HAS YET TO CEASE.

IF REJECTED REASON:  YOUR ARP IS BEING REJECTED DUE TO YOU CAN NOT FILE AN ARP ON AN INCIDENT THAT YOU HAVE FILED ON PREVIOUSLY.  THE INCIDENT HAS ALREADY BEEN ADDRESSED AND WILL NOT BE ADDRESSED AGAIN.

//AG/D. McGee v. Trent Barton, et al USDC MD 22-68

12/01/2021

12/01/2021

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2021 -2980

TO:  DUMAURIEA MCGEE  718008          C JAG 3/L
     Offender's Name and Number          Living Quarters


                    ONGOING
                    Date of Incident


               ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
               issued within 40 days of this date.

X              REJECTED:  Your request has been  rejected for the following reason(s):
                    YOUR ARP IS BEING REJECTED DUE TO YOU CAN NOT FILE AN ARP ON
               AN INCIDENT THAT YOU HAVE FILED ON PREVIOUSLY.  THE INCIDENT HAS
               ALREADY BEEN ADDRESSED AND WILL NOT BE ADDRESSED AGAIN.


          _____12/06/2021_____          _____Nyesha Davis_____
                    Date                         Warden's Signature or Designee

Du'Mauriea McGee #718008
Louisiana State Penitentiary
Main Prison Cell blocks—REBTC,
Camp C Jag 3/Left,
ONGOING

**RECEIVED**

DEC 01 2021

LEGAL PROGRAMS DEPARTMENT

ONGOING
Date of Incident/complaint

2021-2786
0103/Rej9

## PRELIMINARY STATEMENT

This is an ONGOING Situation;

The nature of this complaint is a depiction of the incident in its totality. The incident described is varied in violations and are only mentioned to assist with the facts that this grievance is centered upon and cannot be used as multiple complaints and/or same complaint to neglect ARP.

Additionally, any and all disciplinary actions, reports filed and/or unsigned by my hand, and/or lockdowns targeted against me will be considered as an act of retaliation and as a result legal/civil action will be sought.

On or about 3-25-20 I was arbitrarily put on Mental Health "watch" and placed into a cell at the Main Prison (CBd Lower/Right #3) against my own will with a Mr. Ronald Dugas #314846 (also on "watch"). Shortly after entering the cell a scuffle ensued, subsequently Ronald Dugas was removed from the cell, a small laceration formulated on my forehead, I (McGee) was restrained and a cell entry was performed. I was then beaten incessantly by multiple officers (including Major Marcus Jones). As a lone transporter Major Marcus Jones was then enroute to take me to REBTC (L.S.P. hospital) for medical attention for my forehead. Transport with Major Jones comprised of excessive force and opprobrious malfeasance resulting with my pivotal left shoulder injury.

Upon arrival to REBTC I'm thrown onto a bed and Major Jones and I await the nurse in a room. Afterwhile, Assistant Warden Trent Barton joins us and waits as well. He is made fully cognizant of the situation.

Once the nurse enters he asks "what happened?" I tell him of my excruciating pain and the injury I've sustained that stemmed From Major Jones' opprobrious malfeasance. I repeatedly request for a full check up and X-Ray pertaining to that injury but am neglected adequate medical care, only attended to my pre-existing forehead laceration. I'm then immediately dispatched back to the cell blocks (CBd L/R #1), with the same lone transporter, Major Marcus Jones. My journey back to CBd was just as excruciating as my transport to REBTC, if not intensified, as to insure my injury, leaving me effete.

After a few days of rest and regaining some vitality I was ritually (daily routine) neglected on incessant requests for personal property, health care request forms, and medical emergencies. These requests were for procuring legal work and receiving attention for my serious medical need (dislocated left shoulder). These requests were made to every passing ranking officer, including but not limited to Assistant Warden Trent Barton, Major Marcus Jones, Major Gabriel

1/2

mates. I was relocated to CBD Upper/Right tier in front of Major Jones Office.

After more neglect 4-16-20 I got response from an EMT, I adverted to: 24-hour pain with my left shoulder injury that stemmed from a correctional officer (Major Jones) 3-25-20, supposing dislocation; that injury affecting daily activities — trouble bathing, clothing, sleeping; not being able to perform a single push-up. After physical exam I was reassured that my left shoulder is NOT dislocated, and someone would follow up.

After more neglect 5-19-20 I got response from EMT and adverted the same difficulties, injury, and pain. After physical exam I was assured that my left shoulder is NOT dislocated and that someone would check on its progression.

During the foregoing time in the Main Prison Cell blocks I had a variety of cellmates (7 minimum) of which altercations occurred. I was relocated to Camp C Jaguar 3/2 #10. where difficulty and neglect continued from L.S.P. and their medical administration. I filed an ARP, # LSP-2020-2758, on their neglect to my serious medical need (dislocated left shoulder). I was denied relief at both steps by February 1, 2021.

7-19-21 I netted an EMT reiterating my injury (left shoulder), difficulties, and pain I've been forced to endure for over a year. I was examined and assured that my left shoulder is not dislocated and that someone would check up on it.

7-30-21 I made a medical emergency adverting my left shoulder, the pain, the difficulties, and its origin. I was examined and assured that it was not dislocated — I exclaimed "If it's not dislocated something is terribly wrong, I've been enduring this pain too long." I was prescribed "Arthritis Hot" and pain pills.

8-4-21 a trip to REBTC where my left shoulder was X-Rayed. Operator exclaimed "It's pretty bad, your shoulder is seperated." Subsequently, Dr. Bordelon told me I have fractures, I'll likely need surgery, and if I was attended to promptly he could've popped my shoulder back in place himself. He scheduled me an MRI.

8-9-21 a trip to REBTC to see ORTHO who informed me my ailment enervates my stability and mobility. and that prompt attention would've prevented need for surgery. Per orders Dr. Toce I was issued a duty status expires 2-9-22

8-10-21 from L.S.P. to UMCNO for MRI.

Next week (week of 8-10-21) Camp C nurse Mrs. Watson pulled my MRI results and told me that I have a torn labrum and Burstistis..(a B word)?, losing mobility + stability.

9-13-21 to REBTC to sign contract consenting to cordial conduct and surgery at UMCNO.

10-4-21 UMCNO X-Ray. The doctor there told me prompt attention could've prevented surgery, which I'll likely need, and that my shoulder will never be the same again. He scheduled me a CT scan.

Physical Therapy: 10-13-21(w/steve), 10-20-21(w/steve), 11-2-21(w/Maria), 11-9-21(w/Maria)
11-12-21 CT Scan received at UMCNO

I still endure 24 hour incessant chronic pain that affects my normal daily activities. I'm still in need of professionally recommended surgical repair

12.

I, DuMauriea McGee #718008 hereby state the following under the penalty of perjury pursuant to 18 USC §1746 I swear the foregoing is true and correct.

RELIEF REQUESTED: For delay of adequate medical care.

Offender, DuMauriea McGee #718008, respectfully requests the following: 1) That no retaliation be taken against me by anyone in security, administration, and medical for making the complaint for administrative remedy; 2) That any and all physical and documented records be preserved in anticipation of civil action (state or federal) which may be pursued by me for violating my constitutional rights.

Respectfully Submitted:

x _Qleon McGee_ #718008
DuMAURIEA L. McGEE #718008
L.S.P.
CAMP C Jaguar 3/L #10
Angola, La 70712

Ref: video footage @ date, time, and place of incident

CC: For judicial reasons

Date: 11-29-21

3/2

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA                                                    (R)

ARP NUMBER:   LSP - 2021 - 2980

RECEIVED

DEC 09 2021

RE:   DUMAURIEA MCGEE        718008

LOCATION:      (C JAG 3/L)                          LEGAL PROGRAMS DEPARTMENT

I HEREBY ACKNOWLEDGE RECEIPT OF FORM ARP-1 REGARDING REQUEST FOR REMEDY
NUMBER LSP-2021-2980

RECEIVED BY:   _Dleon McGee  #718008_
                        (INMATE'S NAME & NUMBER)

DATE RECEIVED:   _12-7-21_

DELIVERED BY:   _M Sgt Wyatt_

=================================================================================
INSTRUCTION TO DELIVERY OFFICER:

1.    Have the inmate sign this receipt.

2.    Delivery Officer signs the receipt and dates it.

3.    Give the inmate the White envelope.

4.    Return the reciept to LEGAL PROGRAMS DEPARTMENT.