# Department of Public Safety & Corrections
### State of Louisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of Unusual Occurrence Reports dated March 25, 2020

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 12-16-2022

Dumauriea McGee 718008 Case

GENERAL DELIVERY ✚ ANGOLA, LOUISIANA 70712 ✚ (225) 655-4411 ✚ FAX (225) 655-2319 ✚ WWW.DOC.LA.GOV
AN EQUAL OPPORTUNITY EMPLOYER

Form C-05-001-W-1
28 September 2018

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

### INSTITUTION: LSP

| NAME<br>Dumauriea Magee | NUMBER<br>718008 | DORM OR CELLBLOCK<br>CBD Lower Right | DATE OF INCIDENT<br>3/25/2020 | TIME OF INCIDENT<br>Approx. 3:07 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD Lower Lobby | | WITNESSES<br>N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**

☐ Escape
  ☐ Escape from inside a secure facility
  ☐ Escape from outside a secure facility
☐ Death by other than natural causes/illness
  ☐ Accident
  ☐ Violence
  ☐ Suicide
  ☐ Suspicious or unknown cause
  ☐ Execution
☐ Assault resulting in life threatening Injury
  ☐ Offender on Staff
  ☐ Offender on Offender
  ☐ Staff on offender
☐ Other
  ☐ Significant Property Damage
  ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
☐ Large scale evacuation of all or a significant part of the facility
☐ Any other significant/high profile incident as determined by the Unit Head.

RECEIVED

MAR 30 2020

WARDEN'S OFFICE

**Category B Incidents:**

☐ Attempted escape
☐ Apprehension of escapee
☐ Death from natural causes/illness
☐ Gunshot, Class I
☐ Assault with significant injury
  ☐ Offender on Staff
  ☐ Offender on Offender
☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
☐ Suicide Attempts
☐ Hunger Strike
  ☐ Individual hunger strike
  ☐ Organized hunger strike
☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  ☐ Job-related employee arrest
  ☐ Not job-related employee arrest
☐ Other
  ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  ☐ Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**

☐ Violation of the Rule No. 21, Sex Offenses
  ☐ 21. A Nonconsensual sexual act (offender-on-offender)
  ☐ 21. B Abusive sexual act (offender-on-offender)
  ☐ 21. C Sexual misconduct (offender-on-offender)
  ☐ 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  ☐ 21. E Obscenity
  ☐ 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  ☐ 21. G Overt display of affection
  ☐ 21. H Failure to report any improper advances made by an employee on an offender
☐ Gunshot (Class II)
☒ Assault resulting in minor injury or no injury
  ☐ Fight (offender-on-offender)
  ☐ Throwing of Substance (offender-on-offender)
  ☐ Throwing of Substance (offender-on-staff)
  ☒ Other assault (offender-on-staff)
  ☐ Weapon (offender-on-offender)
  ☐ Weapon (offender-on-staff)

☐ Suicide Gesture
☐ Hunger Strike (both individual and organized)
☒ Use of Force
  ☒ Immediate use of force
  ☐ Planned use of force
  ☐ Cell extractions
  ☐ Taser ®
  ☐ Chemical agents

Form C-05-001-W-1
28 September 2018
Page Two

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Lieutenant Kendric Williams, was standing with offender Dumauriea Magee, #718008, in the CBD Lower Lobby as a cell was being prepared for him to be put on Security 4 Point Restraint. During this time, offender Magee suddenly became combative, grabbed me by the shirt, and rammed me into the CBD Entrance Door. Both offender Magee and I fell to the ground. Offender Magee then started to flail around and scream. Sergeant Blackmore, who was also nearby in the lobby, came to assist me when offender Magee kicked at her and struck her on the right forearm. I gave several loud direct verbal orders to cease being combative. Offender Magee ignored my orders and continued to flail about. Using the minimum force necessary, I held offender Magee around the arms to regain control of the situation and prevent offender Magee from injuring himself. A short while later, offender Magee calmed down and ceased flailing around. I then assisted offender Magee to his feet and escorted him to CBD Lower Right Tier where he was placed on Security 4 Point Restraint. Medical #3, Lieutenant Childs, was notified of this incident and later saw offender Magee on the unit. Later, Sgt. Blackmore and I was relieved of our post and reported to the R.E. Barrow Treatment Center where we were evaluated by Medical Personnel. We were both cleared fit for duty and returned to our post. Assistant Warden Barton, Lieutenant Colonel Smith, and Major Jones was notified of this incident. This is for your information and further handling.

REPORTING OFFICER
Lieutenant Kendric Williams,
MPCB/ B-Team Security Supervisor

3/25/2020
DATE COMPLETED

6:31 pm
TIME COMPLETED

Form C-05-00⁴-W-1
28 September 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Category A, B, C Incidents)

INSTITUTION: LSP

| NAME Dumauriea Magee | NUMBER 718008 | DORM OR CELLBLOCK CBD Lower Right | DATE OF INCIDENT 3/25/2020 | TIME OF INCIDENT Approx. 2:12 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT CBD Lower Right #3 | | WITNESSES N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death by other than natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] Staff on offender
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- [ ] Large scale evacuation of all or a significant part of the facility
- [ ] Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide Attempts
- [ ] Hunger Strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrest
  - [ ] Not job-related employee arrest
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- [ ] Violation of the Rule No. 21, Sex Offenses
  - [ ] 21. A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21. B Abusive sexual act (offender-on-offender)
  - [ ] 21. C Sexual misconduct (offender-on-offender)
  - [ ] 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21. E Obscenity
  - [ ] 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21. G Overt display of affection
  - [ ] 21. H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [ ] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-staff)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon (offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [ ] Suicide Gesture
- [ ] Hunger Strike (both individual and organized)
- [x] Use of Force
  - [x] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser ®
  - [x] Chemical agents

RECEIVED

MAR 3 0 2020

WARDEN'S OFFICE

Form C-C5-001-W-1
28 September 2018
Page Two

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, I, Major Marcus Jones, was notified by Control Center, via radio, of a beeper activation on CBD Lower. I immediately activated my body camera and responded. Upon arrival, I was met by Sgt. Harrell. Sgt. Harrell informed me that offender Dumauriea Magee, #718008, was in his cell, CBD Lower Right #3, beating his head against the wall and bars of his cell. I immediately proceeded to CBD L/R #3 and witnessed offender Magee beating his head against the wall, bed, and bars of the cell. Offender Magee had sustained a laceration to his forehead and was bleeding from it. I gave offender Magee a direct verbal order to cease beating his head against the walls of his cell. Offender Magee ignored my order and continued to beat his head against the walls of his cell. To prevent further injury to offender Magee's person, I administered the minimum amount of chemical agent into offender Magee's cell. Offender Magee appeared unaffected by the chemical agent and continued to beat his head against the walls of his cell. Approximately at this time, Lieutenant Colonel Smith arrived on the tier and took control of the situation. This is for your information and further handling.

Chemical Can #2
Beginning Weight: 96 grams
Ending Weight: 44 grams

REPORTING OFFICER
Major Marcus Jones,
MPCB/ 8 Hour Security

3/25/2020
DATE COMPLETED

5:52 pm
TIME COMPLETED

Form C-05-001-W-1
28 September 2018

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: LSP

| NAME<br>Dumauriea Magee | NUMBER<br>718008 | DORM OR CELLBLOCK<br>CBD Lower Right | DATE OF INCIDENT<br>3/25/2020 | TIME OF INCIDENT<br>Approx. 1:12 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD Lower Right #7 | | WITNESSES<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death by other than natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ Staff on offender
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- ☐ Large scale evacuation of all or a significant part of the facility
- ☐ Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide Attempts
- ☐ Hunger Strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrest
  - ☐ Not job-related employee arrest
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B Incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of the Rule No. 21, Sex Offenses
  - ☐ 21. A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21. B Abusive sexual act (offender-on-offender)
  - ☐ 21. C Sexual misconduct (offender-on-offender)
  - ☐ 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21. E Obscenity
  - ☐ 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21. G Overt display of affection
  - ☐ 21. H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☒ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-offender)
  - ☒ Throwing of Substance (offender-on-staff)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon (offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger Strike (both individual and organized)
- ☒ Use of Force
  - ☒ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser ®
  - ☒ Chemical agents

RECEIVED

MAR 3 0 2020

WARDEN'S OFFICE

Form C-05-001-W-1
28 September 2018
Page Two

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Captain John Orr, ordered offender Dumauriea Magee, #718008, to come to the bars of the cell and submit to being restrained. Offender Magee flatly refused my order. I activated my body camera and gave offender Magee several direct verbal orders to come to bars of the cell and submit to being restrained. Offender Magee flatly refused all orders, grabbed a nearby styrofoam tray lid, scooped water from the toilet with the lid and threw the water onto me. The liquid struck me on the face, chest and arms. To prevent further assault on staff, I administered the minimum amount of chemical agent into offender Magee's cell. I again gave offender Magee a direct verbal order to come to the bars of the cell and submit to being restrained. Offender Magee initially complied, but after applying the first handcuff to offender Magee's left wrist, he pulled away and brought the handcuff with him into the cell. I again gave offender Magee several direct verbal orders to come to the bars of the cell and submit to being restrained. Offender Magee flatly refused and moved towards the rear of the cell. Because my primary can of chemical agent had been depleted, I removed my secondary can of chemical agent from my utility belt and administered the minimum amount of chemical agent into offender Magee's cell. I again ordered offender Magee to come to the bars of the cell and submit to being restrained. Then and only then did offender Magee comply with my orders and allowed me to finish restraining him. Offender Magee was then restrained and escorted to the CBD Lower Right shower where he was allowed to shower and decontaminate. Offender Magee was issued a clean jumpsuit and Medical #3, Lt. Childs, was notified of this incident and later saw offender Magee on the unit. Later, I was properly relieved of my post and proceeded to the R.E. Barrow Treatment Center. I was evaluated by Medical Personnel and cleared fit for duty. by Major Jones was notified of this incident. This is for your information and further handling.

Chemical Can #1
Beginning Weight: 108 grams
Ending Weight: 44 grams

Chemical Can #6
Beginning Weight: 602 grams
Ending Weight: 522 grams

REPORTING OFFICER
Captain John Orr,
MPCB/ B-Team Supervisor

3/25/2020
DATE COMPLETED

1:26 pm
TIME COMPLETED

Form C-05-001-W-1
28 September 2018

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

### INSTITUTION: LSP

| NAME<br>Dumauriea Magee | NUMBER<br>718008 | DORM OR CELLBLOCK<br>CBD Lower Right | DATE OF INCIDENT<br>3/25/2020 | TIME OF INCIDENT<br>Approx. 3:07 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD Lower Lobby | | WITNESSES<br>N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
    - [ ] Escape from inside a secure facility
    - [ ] Escape from outside a secure facility
- [ ] Death by other than natural causes/illness
    - [ ] Accident
    - [ ] Violence
    - [ ] Suicide
    - [ ] Suspicious or unknown cause
    - [ ] Execution
- [ ] Assault resulting in life threatening Injury
    - [ ] Offender on Staff
    - [ ] Offender on Offender
    - [ ] Staff on offender
- [ ] Other
    - [ ] Significant Property Damage
    - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- [ ] Large scale evacuation of all or a significant part of the facility
- [ ] Any other significant/high profile incident as determined by the Unit Head.

RECEIVED

MAR 3 0 2020

WARDEN'S OFFICE

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault with significant injury
    - [ ] Offender on Staff
    - [ ] Offender on Offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide Attempts
- [ ] Hunger Strike
    - [ ] Individual hunger strike
    - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
    - [ ] Job-related employee arrest
    - [ ] Not job-related employee arrest
- [ ] Other
    - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
    - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
    - [ ] Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- [ ] Violation of the Rule No. 21, Sex Offenses
    - [ ] 21. A Nonconsensual sexual act (offender-on-offender)
    - [ ] 21. B Abusive sexual act (offender-on-offender)
    - [ ] 21. C Sexual misconduct (offender-on-offender)
    - [ ] 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
    - [ ] 21. E Obscenity
    - [ ] 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
    - [ ] 21. G Overt display of affection
    - [ ] 21. H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [x] Assault resulting in minor injury or no injury
    - [ ] Fight (offender-on-offender)
    - [ ] Throwing of Substance (offender-on-offender)
    - [ ] Throwing of Substance (offender-on-staff)
    - [x] Other assault (offender-on-staff)
    - [ ] Weapon (offender-on-offender)
    - [ ] Weapon (offender-on-staff)
- [ ] Suicide Gesture
- [ ] Hunger Strike (both individual and organized)
- [x] Use of Force
    - [x] Immediate use of force
    - [ ] Planned use of force
    - [ ] Cell extractions
    - [ ] Taser ®
    - [ ] Chemical agents

Form C 05-001-W-1
28 September 2018
Page Two

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, I, Sergeant Cornekia Blackmore, was in the CBD Lower Lobby assisting with preparing a cell for offender Dumauriea Magee, #718008, to be placed on Security 4 Point Restraint. Offender Magee, who was restrained, was standing with Lieutenant Williams. During this time, I witnessed offender Magee grab Lieutenant Williams by his shirt, slam him against the CBD Entrance Door and pull him to the floor. Using the minimum force necessary, Lt. Williams grabbed offender Magee around the arms and waist to regain control over offender Magee. Lt. Williams and I gave offender Magee several concise and loud verbal orders to cease being combative. Offender Magee ignored all orders given and started to flail about and scream. I immediately approached offender Magee and attempted to pull him off of Lt. Williams. While attempting to do so, offender Magee kicked at me and struck me on the right forearm. I then stepped away and Lt. Williams held offender Magee around the waist and arms until he calmed down sufficiently to control him. Once calmed, offender Magee was assisted to his feet and escorted to CBD Lower Right and placed on Security 4 Point Restraint without further incident. Later, I was properly relieved and reported to the R.E. Barrow Treatment Center where I was cleared fit for duty. This is for your information and further handling.

_Cornekia Blackmore_

**REPORTING OFFICER**
Sergeant Cornekia Blackmore,
MPCB/ B-Team

_3/25/2020_
**DATE COMPLETED**

_5:20 pm_
**TIME COMPLETED**

Form C-05-001-W-2
01 November 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Miscellaneous)**

**INSTITUTION: LSP**

| NAME<br>Dumauriea Magee | Number<br>718008 | DORM OR CELLBLOCK<br>CBD Lower Left | DATE OF INCIDENT<br>03/25/2020 | TIME OF INCIDENT<br>Approx. 2:12 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD Lower Left #7 | | WITNESSES<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

☐ Accidents
  ☐ Employee Accident
  ☐ Offender Accident
  ☐ Vehicle Accident
☐ Contraband
  ☐ Inside Facility
  ☐ Outside Facility
☐ Drug Screen
☐ Maintenance
☐ Use of Body Camera or other RMD
☐ Request to Remove Service Dog

☒ Medical
☒ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
  ☐ Routine
    ☐ Staff  ☐ Visitor  ☐ Offender
  ☐ Target
    ☐ Staff  ☐ Visitor  ☐ Offender
☐ Use of Tact Team and Chase Team as outside assistance

☐ Other:

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, I, Sergeant Christopher Harrell, was making my routine rounds when I observed offender Dumauriea Magee, #718008, screaming and beating his head against the wall. I ordered offender Magee to stop beating his head against the wall. Offender Magee ignored my order and continued to beat his head against the walls of his cell. I immediately activated my beeper and Lieutenant Colonel Carl Smith and Major Jones arrived on the unit a short time later to take control of the situation. This is for your information and further handling.

REPORTING OFFICER
Sergeant Christopher Harrell
MPCB/ B-Team

3/25/2020
DATE COMPLETED

5:35 pm
TIME COMPLETED

**RECEIVED**

MAR 3 0 2020

WARDEN'S OFFICE

Form C-05-001-W-2
01 November 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Miscellaneous)

**INSTITUTION: LSP**

| NAME<br>Dumauriea Magee | Number<br>718008 | DORM OR CELLBLOCK<br>CBD Lower Right | DATE OF INCIDENT<br>03/25/2020 | TIME OF INCIDENT<br>Approx. 3:30 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD Lower Right #1 | | WITNESSES<br>N/A | | |

TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

☐ Accidents
  ☐ Employee Accident
  ☐ Offender Accident
  ☐ Vehicle Accident
☐ Contraband
  ☐ Inside Facility
  ☐ Outside Facility
☐ Drug Screen
☐ Maintenance
☐ Use of Body Camera or other RMD
☐ Request to Remove Service Dog

☐ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
  ☐ Routine
    ☐ Staff  ☐ Visitor  ☐ Offender
  ☐ Target
    ☐ Staff  ☐ Visitor  ☐ Offender
☐ Use of Tact Team and Chase Team as outside assistance

☒ Other: *Offender Placed on Security 4 Point Restraint*

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, I, Captain John Orr, placed offender Dumauriea Magee, #718008, on Security 4 Point Restraint for two previous incidents involving staff being assaulted. Medical #3 and Mental Health was notified of this incident and later evaluated offender Magee. Offender Magee was cleared physically fit and was placed on Security 4 Point Restraint without incident. Assistant Warden Barton, Lieutenant Colonel Smith and Major Jones was notified of this incident. This is for your information and further handling.

**REPORTING OFFICER**
/Captain John Orr,
MPCB/ B-Team Supervisor

3/25/2020
**DATE COMPLETED**

5:48 pm
**TIME COMPLETED**

RECEIVED

MAR 30 2020

WARDEN'S OFFICE