## Department of Public Safety & Corrections
### State of Louisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

## STATE OF LOUISIANA
## WEST FELICIANA PARISH
## ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of CBD Daily Shower Roster B and D Team dated March 25, 2020

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 11-29-2022

Dumauriea McGee 718008 Case

Y

**DAILY SHOWER ROSTER**
**B&D TEAM**

CELLBLOCK: **CBD**
TIER: **L7L**

DATE: 03/25/20

| CELL | PHONE | DOC# | NAME | | START | FINISH | SHAVE/HAIR CUT |
|------|-------|------|------|------|-------|--------|----------------|
| 01 | | 231292 | ANDREW | GALATAS | Refused | | SECURITY RISK |
| 01 | | 487561 | TERRANCE | WILLIAMS | Refused | | SECURITY RISK |
| 02 | | 455809 | JASON | LOMAX | Refused | | SECURITY RISK |
| 02 | | | | | | | SECURITY RISK |
| 03 | | 605160 | WILLIAM | HENDERSON | Refused | | SECURITY RISK |
| 03 | | 426180 | TORY | HENDERSON | Refused | | SECURITY RISK |
| 04 | | 253212 | EDMOND | SPENCER | Refused | | SECURITY RISK |
| 04 | | 578998 | WILLIE | POUNDS | Refused | | SECURITY RISK |
| 05 | | 419511 | LAVAR | RILEY | 12:07 | 12:39 | SECURITY RISK |
| 05 | | 356002 | RONALD | REEL | Refused | | SECURITY RISK |
| 06 | | 120724 | HENRY | KIMBALL | Refused | | SECURITY RISK |
| 06 | | 339187 | JEROME | THOMAS | Refused | | SECURITY RISK |
| 07 | | 111816 | ANTHONY | MARSHALL | Refused | | SECURITY RISK |
| 07 | | 608508 | LAMONT | NIXON | Refused | | SECURITY RISK |
| 08 | | 602670 | LASHAWN | WELLS | 10:40 | 11:09 | SECURITY RISK |
| 08 | | 541254 | MEDJUORE | CHEFNEY | Refused | | SECURITY RISK |
| 09 | | 700293 | BEN | AMOS | Refused | | SECURITY RISK |
| 09 | | 589781 | CURTIS | BELTON | 10:02 | 10:32 | SECURITY RISK |
| 10 | | | | | | | SECURITY RISK |
| 10 | | 345393 | MARK | WHITTED | 9:40 | 10:00 | SECURITY RISK |
| 11 | | | | | | | SECURITY RISK |
| 11 | | 103612 | MORACE | MADDEN | Refused | | SECURITY RISK |
| 12 | | 317511 | AUDY | MATERRE | Refused | | SECURITY RISK |
| 12 | | 421156 | JOSHUA | WILLIAMS | Refused | | SECURITY RISK |
| 13 | | 490559 | DEMARIO | WARREN | 8:20 | 8:59 | SECURITY RISK |
| 13 | | 442612 | BRYAN | MATHIEU | 9:03 | 9:37 | SECURITY RISK |
| 14 | | 540713 | EDWARD | AUGUSTINE | Refused | | SECURITY RISK |
| 14 | | 484396 | DEMAREIN | MIMS | Refused | | SECURITY RISK |
| 15 | | 381221 | KEWAN | LAFLEUR | 7:52 | 8:17 | SECURITY RISK |
| 15 | | | | | | | SECURITY RISK |

Sgt T. Boyd
OFFICER SUPERVISING SHOWER

Temperature  80   100
              TIER  SHOWER

TIME SHOWER STARTED 7:52a
TIME SHOWER FINISHED 12:39

SHIFT LIEUTENANT

Y

## DAILY SHOWER ROSTER
## B&D TEAM

CELLBLOCK: **CBD**
TIER: **L7R**

DATE: 03/25/20

| CELL | PHONE | DOC# | NAME | | START | FINISH | SHAVE/HAIR CUT SECURITY RISK |
|------|-------|------|------|------|-------|--------|------------------------------|
| 01 | | 479455 | LESTER | GEORGE | | | SECURITY RISK |
| 01 | | 85352 | KIRK | CHARLES | | | SECURITY RISK |
| 02 | | 539773 | CAMERON | LEWIS | | | SECURITY RISK |
| 02 | | 584531 | DANNY | SAULNY | | | SECURITY RISK |
| 03 | | 314846 | RONALD | DUGAS | | | SECURITY RISK |
| 03 | | | | | | | SECURITY RISK |
| 04 | | 480545 | REGINALD | MARTIN | | | SECURITY RISK |
| 04 | | 725838 | DYLAN | MAGLUILO | | | SECURITY RISK |
| 05 | | 331834 | ANTONIO | TYSON | | | SECURITY RISK |
| 05 | | 718008 | DUMAURIEAMCGEE | | | | SECURITY RISK |
| 06 | | | | | | | SECURITY RISK |
| 06 | | | | | | | SECURITY RISK |
| 07 | | 426831 | ALFRED | JONES | | | SECURITY RISK |
| 07 | | 703050 | SHAQUILLEGRAY | | | | SECURITY RISK |
| 08 | | 98881 | JONATHAN | HAWKINS | | | SECURITY RISK |
| 08 | | 415700 | KORTNEY | SMITH | | | SECURITY RISK |
| 09 | | 371031 | DONALD | LUMPKIN | | | SECURITY RISK |
| 09 | | 561457 | ELIJAH | SMITH | | | SECURITY RISK |
| 10 | | 125582 | KEVIN | BARRIE | 4:06 | 4:30 | SECURITY RISK |
| 10 | | ~~130131~~ | ~~SEAN~~ *Travis Griffin* | ~~YOUNG~~ | 3:30 | 3:59 | SECURITY RISK |
| 11 | | ~~606337~~ | ~~TRAVIS~~ *Gerald Smith* | ~~GRIFFIN~~ | | | SECURITY RISK |
| 11 | | 582228 | CHRISTIANZENON | | | | SECURITY RISK |
| 12 | | 455329 | FRANK | SMITH | 2:58 | 3:27 | SECURITY RISK |
| 12 | | ~~538730~~ | ~~ROBBERIONGREEN~~ | | *In cell #B* | | SECURITY RISK |
| 13 | | ~~119359~~ | ~~WILLIE~~ *Roberio Green* | ~~GORDON~~ | *Refused* | | SECURITY RISK |
| 13 | | 607517 | ANTHONY | SMITH | 2:30 | 2:56 | SECURITY RISK |
| 14 | | 579159 | DARREN | PRYER | 1:59 | 2:27 | SECURITY RISK |
| 14 | | 466781 | DIMARCO | LEWIS | 1:30 | 1:57 | SECURITY RISK |
| 15 | | ~~567139~~ | ~~MARK~~ *Kirk Charles* | ~~JEFF~~ | 12:59 | 1:27 | SECURITY RISK |
| 15 | | | *Lester George* | | 12:30 | 12:57 | SECURITY RISK |

*Sgt T Boyill*
OFFICER SUPERVISING SHOWER

Temperature **75** **95**
          TIER  SHOWER

TIME SHOWER STARTED **12:30an**
TIME SHOWER FINISHED **4:36**

SHIFT LIEUTENANT

Y

**DAILY SHOWER ROSTER**
**B&D TEAM**

CELLBLOCK: **GBR**
TIER: **07R**

DATE: 03/25/20

| CELL | PHONE | DOC# | NAME | | START | FINISH | SHAVE/HAIR CUT |
|---|---|---|---|---|---|---|---|
| 01 | | 705525 | TYRON | HARDEN | 7:45 | 8:00 | SECURITY RISK |
| 01 | | 628674 | SHAWN | WARD | 8:00 | 8:15 | SECURITY RISK |
| 02 | | 433105 | TERRY | HARRIS | 8:15 | 8:30 | SECURITY RISK |
| 02 | | 396029 | ROBERT | WILLIAMS | 8:30 | 8:45 | SECURITY RISK |
| 03 | | 109223 | KEITH | THOMPSON | 8:45 | 9:00 | SECURITY RISK |
| 03 | | 705283 | RICHARD | LAGARRIGUE | 9:00 | 9:15 | SECURITY RISK |
| 04 | | 112218 | DONALD | HENSLEY, J | 9:15 | 9:30 | SECURITY RISK |
| 04 | | 433840 | JOHNNY | HARRIS | 9:30 | 9:45 | SECURITY RISK |
| 05 | | 544280 | DOMINIQUERIVERS | | 9:45 | 10:00 | SECURITY RISK |
| 05 | | 496971 | ADRIAN | COOK | 10:00 | 10:10 | SECURITY RISK |
| 06 | | 607312 | SHAWN | DARDAR | refuse | | SECURITY RISK |
| 06 | | 489387 | CHAD | BREAUX | refuse | | SECURITY RISK |
| 07 | | 627058 | JIMMY | ROGERS | refuse | | SECURITY RISK |
| 07 | | 298947 | LEONARD | GIBSON | 10:15 | 10:30 | SECURITY RISK |
| 08 | | 483533 | NAKEITH | SPARKMAN | 10:30 | 10:45 | SECURITY RISK |
| 08 | | 479576 | BRODERICKTURNER | | 10:45 | 11:00 | SECURITY RISK |
| 09 | | 382148 | GARY | PEREZ | 11:00 | 11:15 | SECURITY RISK |
| 09 | | 486279 | JUSTIN | SAVOY | 11:15 | 11:30 | SECURITY RISK |
| 10 | | 557137 | BRIAN | RODAS | 11:30 | 11:45 | SECURITY RISK |
| 10 | | 443478 | JIMMY | BARTIE | 11:45 | 12:00 | SECURITY RISK |
| 11 | | 389057 | WILLIE | GIPSON | 12:00 | 12:15 | SECURITY RISK |
| 11 | | 736648 | JOCOBIE | GREEN | 12:15 | 12:30 | SECURITY RISK |
| 12 | | 572797 | TERRANCE WILLIAMS | | 12:30 | 12:45 | SECURITY RISK |
| 12 | | 416976 | EDWARD | JORDAN | refuse | | SECURITY RISK |
| 13 | | 568276 | RUFFIN | STOKES | 12:45 | 1:00 | SECURITY RISK |
| 13 | | 436505 | GREGORY | HAYES | 1:00 | 1:15 | SECURITY RISK |
| 14 | | 452798 | JASON | ROE | refuse | | SECURITY RISK |
| 14 | | 365938 | RICHARD | KING | refuse | | SECURITY RISK |
| 15 | | 733069 | BENJAMIN BAILEY | | 1:15 | 1:30 | SECURITY RISK |
| 15 | | 593132 | ZARAYVIOUSIMPSON | | refuse | refuse | SECURITY RISK |

Sgt Cate
OFFICER SUPERVISING SHOWER

Temperature 78  98
TIER  SHOWER

TIME SHOWER STARTED 7:4
TIME SHOWER FINISHED 1:17

SHIFT LIEUTENANT

**DAILY SHOWER ROSTER**
**B&D TEAM**

CELLBLOCK: **CBD**
TIER: **07L**

DATE: 03/25/20

| CELL | PHONE | DOC# | NAME | | START | FINISH | SHAVE/HAIR CUT |
|------|-------|------|------|------|-------|--------|----------------|
| 01 | | 421158 | RONALD | MITCHELL | 7:30 | 7:45 | SECURITY RISK |
| 01 | | 199791 | WILLIE | POGUE | 7:45 | 8:00 | SECURITY RISK |
| 02 | | 443529 | CHADWARD | WELCH | 8:00 | 8:15 | SECURITY RISK |
| 02 | | 470560 | JEREL | SMITH | 8:15 | 8:30 | SECURITY RISK |
| 03 | | 338820 | DARRON | BAKER | 8:30 | 8:45 | SECURITY RISK |
| 03 | | 375274 | TRAVIS | SHELVIN | 8:45 | 9:00 | SECURITY RISK |
| 04 | | 730491 | JAMES | FREEMAN | 9:00 | 9:15 | SECURITY RISK |
| 04 | | 635459 | RAVEN | WILTZ | 9:15 | 9:30 | SECURITY RISK |
| 05 | | 481839 | JEMARIO | FREEMAN | 9:30 | 9:45 | SECURITY RISK |
| 05 | | 582078 | WILBERT | MARCELIN | 9:45 | 10:00 | SECURITY RISK |
| 06 | | 334269 | SHAWN | HAMMOND | 10:00 | 10:15 | SECURITY RISK |
| 06 | | 132368 | WILLIE | SCOTT | 10:15 | 10:30 | SECURITY RISK |
| 07 | | 327684 | STAFFORD | STARKS | 10:30 | 10:45 | SECURITY RISK |
| 07 | | 603359 | TYRONE | MYLES | 10:45 | 11:00 | SECURITY RISK |
| 08 | | 399720 | DURRELL | BROWN | 11:00 | 11:15 | SECURITY RISK |
| 08 | | 536837 | EMMANUEL | LOWE | 11:15 | 11:30 | SECURITY RISK |
| 09 | | 295151 | DERRICK | ALLEN | 11:30 | 11:50 | SECURITY RISK |
| 09 | | 538419 | ROMAN | LASTRAPES | 11:50 | 12:00 | SECURITY RISK |
| 10 | | 422719 | DUSTIN | MUSSO | refuse | | SECURITY RISK |
| 10 | | 412841 | LORENZO | WELCH | refu | | SECURITY RISK |
| 11 | | 457682 | ENNIS | THOMAS | 12:00 | 12:15 | SECURITY RISK |
| 11 | | 496356 | JAMES | SKINNER | 12:15 | 12:30 | SECURITY RISK |
| 12 | | 384721 | DERRICK | PEDEN | 12:30 | 12:45 | SECURITY RISK |
| 12 | | 416274 | LARRY | LEWIS | 12:45 | 1:00 | SECURITY RISK |
| 13 | | 748488 | ANTHONY | DEARMAS | 1:00 | 1:20 | SECURITY RISK |
| 13 | | 521239 | MIGUEL | THERIOT | refuse | | SECURITY RISK |
| 14 | | 543640 | DEMOND | BESSIE | refuse | | SECURITY RISK |
| 14 | | 542478 | KHIRI | DANIELS | refus | | SECURITY RISK |
| 15 | | 363594 | LAKEITH | DEBROW | refus | | SECURITY RISK |
| 15 | | 566636 | DARREN | IRVIN | refu | | SECURITY RISK |

_Sgt Cador_
OFFICER SUPERVISING SHOWER

Temperature _74_  _98_
TIER SHOWER

TIME SHOWER STARTED _7:30_
TIME SHOWER FINISHED _1:20_

SHIFT LIEUTENANT