## 𝔇epartment of 𝔓ublic 𝔖afety & 𝔆orrections
### 𝔖tate of 𝔏ouisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

## STATE OF LOUISIANA
## WEST FELICIANA PARISH
## ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of CBD Main Prison Cellblocks B and D Team Post Roster dated March 25, 2020

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 11-29-2022

Dumauriea McGee 718008 Case

# MAIN PRISON CELLBLOCKS
## B-TEAM POST ROSTER
### March 25, 2020

| AW3: Jeremy McKey | AW2: Trent Barton | Col: Robert Wright |
|---|---|---|
| Lt. Col. 8 hrs.: Carl Smith | Secretary: MSgt. Lisa Vines | Lt.Col. B/D: Adam Hayes |

| | | | | | |
|---|---|---|---|---|---|
| Major/Security: | Marcus Jones (+) | M | B & D TEAM LTC: | Adam Hayes | M |
| Major/Admin. | Gabriel Hebert | M | CAPTAIN: | John Orr (+) | M |
| | | | LIEUTENANT: | Kendric Williams (+) | M |
| CBA Lower: | Cheneka White | F | LIEUTENANT: | | |
| CBA Upper: | Stafford Byrd | M | | | |
| | | | Cellblock Escort: | Cornekia Blackmore | F |
| CBB Lower: | Keenen Letcher (OT) | M | | | |
| CBB Upper: | Lisa McDowell (OT) | F | Pill Call Officer: | Angelique Lyles | F |
| CBB Rover: | | | Pill Call Officer: | Johanna Hayes | F |
| CBC Lower: | Bennie Richard | M | | | |
| CBC Upper: | Tamar Shannon | F | Recreational Yard: | | |
| | | | Recreational Yard: | | |
| CBD Lower: | Christopher Harrell | M | | | |
| CBD Upper: | Stafford Bryd | M | | | |
| CBD Rover: | Rosa Williams | F | | | |
| CBE Left: | Lotonya Muse (B) | F | | | |
| CBE Right: | Deinecia Clay (B) | F | | | |

**Over Time Called**

| | |
|---|---|
| Camps Called: | |
| Camp C: | |
| Camp D: | |
| Camp J: | Closed |
| T.U.: | |
| ShakeDown: | 1 |
| MPCB: | 1 |
| MPW: | |
| Trips Office: | |
| C.C.: | |
| Field: | |

Does anyone have a cellphone on their person?

| ABSENTEES | | LOANED OR BORROWED | | FMLA/VACATION | |
|---|---|---|---|---|---|
| Brock Coco | Quarantined | Keenen Letcher | (OT/ Shake) | Chestiny Brown | OPP |
| Timothy Gordon | Quarantined | Lisa McDowell | (OT/ MPCB) | | |
| | | Latoya Muse | (B/ MPW) | | |
| | | Deinecia Clay | (B/ MPW) | | |
| | | Roll Call: COVID - 19 | | | |

(B) Borrowed
(*) Rover Security
(M) Mandatory
(L) Loaned
(+) Trip Qualified

#2, 4
Shakedown Cells

Shift Supervisor MPCB B-Team

# MAIN PRISON CELLBLOCKS
## D-TEAM POST ROSTER
### March 25, 2020

| AW3: Jeremy McKey | AW2: Trent Barton | Col: Robert Wright |
|---|---|---|
| Lt. Col. 8 hrs.: Carl Smith | Secretary: MSgt. Lisa Vines | Lt. Colonel: Adam Hayes |

| | | | | |
|---|---|---|---|---|
| Major/Security: | Gabirle Hebert | M | A & C TEAM LTC: | Adam Hayes | M |
| Major/Admin. | Marcus Jones | M | CAPTAIN: | Jerry Johnson | M |
| | | | LIEUTENANT: | Ledell Veals | M |
| CBA Lower: | John White | M | LIEUTENANT: | | M |
| CBA Upper: | Demarcus Holiday (OT) | M | | |
| | | | Cellblock Escort: | N/A |
| CBB Lower: | Johnell Cain | M | Pill Call Officer: | N/A |
| CBB Upper: | Christopher Wright OT | M | Pill Call Officer: | N/A |
| CBB Rover: | | | | |
| CBC Lower: | James Packnett (OT) | M | | |
| CBC Upper: | Carnell Bolden | M | | |
| CBC Rover: | | | | |
| CBD Lower: | Thomas Barfield | M | | |
| CBD Upper: | Christopher Cador | M | | |
| CBD Rover: | | | | |
| CBE Left: | Lajalia Collins | F | | |
| CBE Right: | Mason Hunter | M | | |

### Over Time Called

| | |
|---|---|
| MPE: | |
| Camp C: | |
| Camp D: | |
| Camp J: | Closed |
| T.U.: | |
| Camp F: | |
| Death Row: | |
| MPW: | |
| T.C.: | |
| MPCB: | |
| Trips Office: | |

Does anyone have a cellphone on their person?

### ABSENTEES

| | |
|---|---|
| Thaao Abraham | LW |
| Wayne Minor | FMLA |
| Logan Robichaux | LA |

### LOANED OR BORROWED

### FMLA/VACATION

**PROFESSIONAL COMMUNICATIONS**

(B) Borrowed
(*) Rover Security
(M) Mandatory
(L) Loaned
(+) Trip Qualified

#4, #10
Shakedown Cells

Shift Supervisor MPCB D-Team