

## Department of Public Safety & Corrections
### State of Louisiana
Louisiana State Penitentiary

JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of Medical-3 Log dated March 25, 2020

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 11-28-2022

Dumauriea McGee 718008 Case

GENERAL DELIVERY ✤ ANGOLA, LOUISIANA 70712 ✤ (225) 655-4411 ✤ FAX (225) 655-2319 ✤ WWW.DOC.LA.GOV
AN EQUAL OPPORTUNITY EMPLOYER

# Louisiana State Penitentiary
## Department of Emergency Medical Services
## Triage Log

**Date:** 3/25/2020          MEDICAL 3          **Shift:** D

| Patient Name | Doc # | Time Notified | Time seen | LOC | Complaint | Disposition | Co-pay |
|---|---|---|---|---|---|---|---|
| 1. Issac Landry | 63757 | 16:30 | 17:02 | f | SOB | MD | 0 |
| 2. Rondy Wilson | 456403 | 15:44 | 17:07 | CBE | med refill | MD | 0 |
| 3. Domavria McGee | 718008 | 16:20 | 17:14 | CBD | E/W | S/C | 0 |
| 4. Jordan Provost | 708397 | 10:30 | 14:40 | Jug | fever / ↑B/P | MD | 0 |
| 5. Troy Bush | 129378 | 16:07 | 18:02 | Tiger | ↑ Blood Sugar | ATV | 0 |
| 6. Kentrell Morris | 630360 | 15:31 | 18:39 | RC | Headache | S/C | 0 |
| 7. Traveyon Blackchild | 719659 | 20:21 | 21:43 | Tiger | Headache | MD | 0 |
| 8. Solomon Moore | 421708 | 21:12 | 21:59 | Jug | fever Sweating | ATV | 0 |
| 9. Nicole Stevenson | 626786 | 20:41 | 22:30 | RC | Rash | MD | $ |
| 10. Jaymes Morris | 622924 | 21:16 | 23:02 | Eagle | ↑ B/P | MD | 0 |
| 11. Cedric Queen | 576681 | 02:30 | 03:14 | Raven | Headache | MD | $ |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |
| 18. | | | | | | | |
| 19. | | | | | | | |
| 20. | | | | | | | |

Out Camps: 9          Sent To ATU: 2          Ancillary Dept: 0          Med Co-Pays: 2
Main Prison: 5          Sent To ATU: 0          MD Review: 7          Refusals: 0
Total Seen: 14          Total To ATU: 2          OTC Dispensed: 0

## Triage Log Notes

_[handwritten notes, largely illegible]_ ... 5 outside ...

_[handwritten notes, largely illegible]_ ... on CBD to be seen at 05:14

EMT Signature _[signature]_          HCP# 8