### Department of Public Safety & Corrections
#### State of Louisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of Medical-3 Log dated April 16, 2020

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 11-28-2022

Dumauriea McGee 718008 Case

Department of Emergency Medical Services

Triage Log

# Medical 3

Shift: A ___ Team

Date: 4/16/2020

| # | Patient Name | Doc # | Time Notified | Time seen | LOC. | Complaint | Disposition | Co-pay |
|---|---|---|---|---|---|---|---|---|
| 1. | Lionel Jones | 881500 | 0430 | 0535 | Ash | SOB | ATU | Ø |
| 2. | Clifton Brown | 366064 | 1025 | 1216 | TU | Wrist hurt | MIP | ¢ |
| 3. | Dumavin McGee | 719007 | 1126 | 126 | CBD | ® shoulder | MIP | ¢ |
| 4. | Peter Frandpre | 526210 | 1012 | 1117 | CBD | headache, skin, multiple c/o | MID | ¢ |
| 5. | Jeremy Ricard | 511074 | 1115 | 1122 | CBD | Human Waste | MIP | ¢ |
| 6. | Edwin Lee | 555873 | 1115 | 1210 | TU | ® elbow | ATU | ¢ |
| 7. | Quantrell Cager | 330379 | 1331 | 1417 | CBD | agg sex offense | JIC | ¢ |
| 8. | Christopher Washburn | 562915 | 1351 | 1415 | CBD | agg sex offense | MID | ¢ |
| 9. | Clifton Brown | 566064 | 1435 | 1435 | TY | Multiple c/o | MIP | ¢ |
| 10. | Albert Varra | 115778 | | 0724 | Wal | pass UTC | MD | Ø |
| 11. | Roland King | 116430 | | 074 | HCS | Side pain | MD | Ø |
| 12. | Roland Bedechter | 125103 | | 0735 | Ashy | headache/chills | MD/OC | Ø |
| 13. | Frederick Thompson | 330737 | | 0748 | Ashy | constipation | MD | Ø |
| 14. | Kendell Ellis | 517083 | | 080 | HCS | neck pain | MD | Ø |
| 15. | | | | | | | | |
| 16. | | | | | | | | |
| 17. | | | | | | | | |
| 18. | | | | | | | | |
| 19. | | | | | | | | |
| 20. | | | | | | | | |
| 21. | | | | | | | | |

OutCamps: _____     Sent to ATU: _____

Main Prison: _____     Sent to ATU: _____

Total Seen : _____     Total to ATU: _____

Sent to Ancillary Dept: _____

MD Chart Reviews : _____

OTC's Dispensed : _____

Total Med. Co-Pays: _____

Number of Refusals: _____

## Triage Log Notes

EMT Signature: _____     HCP # _____