# Department of Public Safety & Corrections
## State of Louisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of Medical-3 Log dated May 19, 2020

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 11-28-2022

Dumauriea McGee 718008 Case

Louisiana State Penitentiary
EMS Department

Triage Log

DATE: 5/19/20

Location: **Main Prison**     Shift: C

| Inmate's Name | DOC # | Location | Chief Complaint | Disposition | $ |
|---|---|---|---|---|---|
| 1. C. Jackson | 302252 | CBB - | Adm/Seg - SDE | MD | 0 |
| 2. D. McGee | 718008 | CBB - | ② Shoulder Pain | MD | 0 |
| 3. J. Graham | 567191 | CB4 - | Ear Ache | MD | 0 |
| 4. M. Ezell | 343050 | CBD - | C/4 | SC | 0 |
| 5. J. Floyd | 591344 | CBD | Adm/Seg | SC | 0 |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |

Total seen: _____     Total Charged: _____          EMT: _____