### Department of Public Safety & Corrections
#### State of Louisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

## STATE OF LOUISIANA
## WEST FELICIANA PARISH
## ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of Medical-3 Log dated July 30, 2021

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 11-28-2022

Dumauriea McGee 718008 Case

## Louisiana State Penitentiary
### Department of Emergency Medical Services
### Triage Log

**Date:** 7/30/2021          MEDICAL 3          **Shift:** C-TEAM

| Patient Name | Doc # | Time Notified | Time seen | LOC | Complaint | Disposition | Co-pay |
|---|---|---|---|---|---|---|---|
| 1. Cody Thibodeaux | 576792 | 1630 | 1742 | CpC | E/W / PREA | MD | 0 |
| 2. Sedrick Simms | 533144 | 1630 | 1740 | CpC | E/W 2Pt | SICPRN | 0 |
| 3. Jody Savoie | 456071 | 1851 | 1858 | RC | C/A | SICPRN | 0 |
| 4. Larry Murray | 520360 | 2020 | 2055 | CpD | difficulty Breathing | MD/OTC | $ |
| 5. Quavarieq McGee | 718008 | 2131 | 2317 | CpC | ① shoulder pain | MD OTC | $ |
| 6. Frank Batton | 233002 | 2215 | 2300 | CpC | ↑ BP | ATU | $ |
| 7. Ulfran Carter | 630567 | 2230 | 0024 | RC | SDE-Meds? | MD | 0 |
| 8. Dexter Allen | 721145 | 0215 | 0240 | CpD | C/A | Refused | 0 |
| 9. A. McKinney | 453440 | 0230 | 0310 | CpC | SDE-heat stress | MD | $ |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |
| 18. | | | | | | | |
| 19. | | | | | | | |
| 20. | | | | | | | |
| 21. | | | | | | | |

OC: 9          Sent To ATU: 1          Ancillary Dept: 0          Med Co-Pays: 4
MP: 0          Sent To ATU: 0          OTC Rx'd: 2          Refusals: 1
Total: 9          Total To ATU: 1          MD Review: 5

### TRIAGE LOG NOTES

Relieved A Team of duties and equipment c̄ written and verbal report. No outstanding Med-3 or Adm/seg. 2E/W C. Thibodeaux, S Simms CpC Trgl R.

Relieved by A Team of duties and equipment c̄ written and verbal report. No outstanding Med-3 or Adm/seg traffic @ shift change. No other information passed on @ shift change

**EMT Signature** Mark Briggs          **HCP#** 588